701 A.2d 1343

Darryl **HUNSICKER**, Petitioner,

v.

**R.D. WERNER CO., INC.**, Respondent.

Supreme Court of Pennsylvania.

Oct. 20, 1997.

John W. Craynock for petitioner.

## ORDER

PER CURIAM.

AND NOW, this 20th day of October, 1997, the Petition for Allowance of Appeal is granted. The decision of the Superior Court is reversed and the case is remanded to the Court of Common Pleas of Philadelphia County for further proceedings consistent with the decision of this court in *Cheeseman v. Lethal Exterminator, Inc. and Forman v. Rossman,* 549 Pa. 200, 701 A.2d 156 (1997).

Jurisdiction is relinquished.